

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2019

No. 04-19-00455-CV

**IN THE INTEREST OF Y.M., ET AL.**

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-00111
The Honorable Monique Diaz, Judge Presiding

# O R D E R

 The Appellant, J.A.V.'s Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before September 11, 2019.

_____
Liza A. Rodriguez, Justice

 IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2019.

_____
Keith E. Hottle,
Clerk of Court